**Order entered July 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00541-CV

## IN THE BEST INTEREST AND PROTECTION  OF J.A., A MINOR CHILD

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 19M-091**

## ORDER

We **ORDER** this case be submitted without argument on July 22, 2019 to a panel consisting of Chief Justice Burns and Justices Molberg and Nowell.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE